IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES BETTENCOURT

       Plaintiff,                                           CV-08-0857-MA

  v.                                                            JUDGMENT

MICHAEL ASTRUE,
Commissioner of
Social Security,

       Defendant.

    Based on the record, and the Opinion and Order filed herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is remanded for further proceedings consistent with the opinion.

    Dated this 19 day of October, 2009.

                                            /s/ Malcolm F. Marsh
                                            Malcolm F. Marsh
                                            United States District Judge

1 - JUDGMENT