FILED'10 FEB 19 14:29 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

JAMES BETTENCOURT,
    Plaintiff,

CV# 08-857-MA

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

---

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6632.16 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

    DATED this __19__ day of February, 2010.

*Malcolm F Marsh*

Malcolm F. Marsh
United States District Judge